IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:07-1014-JFA |
|---|---|---|
| v. | ) | |
| JONATHAN McCAMPBELL | ) | ORDER |

This matter is before the court on defendant's motion to compel the government to move for a reduction of his sentence for substantial assistance pursuant to Rule 35(b).

The United States Attorney is respectfully requested to file a memorandum setting forth the government's position as to the defendant's motion within thirty (30) days from the date of this order.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 12, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge