IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:07-1014-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHAN McCAMPBELL | ) | |
| _____ | ) | |

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the defendant's motion (ECF No. 1092) is denied. Amendment 750 has no impact on the defendant's guideline range because under the new guidelines, the defendant would face an amended total offense level of 30, but when the murder cross-reference is applied, his offense level would increase to 43, as it did when the defendant was originally sentenced on July 17, 2009. Thus, Amendment 750 affords no relief to the defendant.

IT IS SO ORDERED.

September 5, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge